

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00587-CR

Mary **RENDON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 11, Bexar County, Texas
Trial Court No. 372431
Honorable Carlo Key, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the motion to dismiss is GRANTED and this appeal is DISMISSED.

We ORDER the clerk of this court to immediately issue the mandate.

SIGNED April 30, 2014.

_____
Marialyn Barnard, Justice